UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

STEPHEN CAHILL, et al.,                        )
*individually and on behalf of all others*     )
*similarly situated*                           )
                                               )   Case No.: 1:23-cv-168
        *Plaintiffs*,                          )
                                               )   Judge Curtis L. Collier
v.                                             )   Magistrate Judge Christopher H. Steger
                                               )
MEMORIAL HEART INSTITUTE, LLC                  )
d/b/a The Chattanooga Heart Institute          )
                                               )
        *Defendant*.                           )

## O R D E R

Before the Court is a motion by Plaintiffs Stephen Cahill, Sheila Edwards, Sidney Jackson, Gisele Reed Allen, Jeff Bryden, and Elyn Painter (collectively "Plaintiffs") for an order preliminarily approving the Rule 23 settlement agreement in this action. (Doc. 66.) Plaintiffs also request that the Court appoint Plaintiffs as class representatives, appoint Plaintiffs' counsel as class counsel, order the class notice be distributed to the settlement class, and schedule a final approval hearing. (Doc. 67 at 2–3.) Defendant Memorial Heart Institute, LLC does not oppose the motion. (*See* Doc. 67-1.)

For the reasons set forth in the accompanying memorandum, The Court **GRANTS** the motion (Doc. 66) and preliminarily approves the proposed settlement agreement (Doc. 67-1). The Court **APPOINTS** Kroll Settlement Administration LLC as settlement administrator. The Court **APPROVES** the proposed settlement notice plan (Doc. 67-1, ex. 1) and **DIRECTS** the settlement administrator to provide notice of the proposed settlement to the class members. The Court **CONFIRMS** Plaintiffs' counsel as class counsel and **APPOINTS** Plaintiffs as class

representatives.  The Court will hold a final approval and fairness hearing on **Thursday, May 28, 2026, at 2:00 p.m. Eastern Time** at the federal courthouse in Chattanooga, Tennessee.

        **SO ORDERED.**

        **ENTER:**

/s/_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**